UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :     CONSENT PRELIMINARY ORDER
         - v. -                      :     OF FORFEITURE/
                                     :     MONEY JUDGMENT
GARY WHEELER,                        :
                                     :     23 Cr. 662 (CS)
              Defendant.             :
                                     :
------------------------------------ x

   WHEREAS, on or about January 5, 2024, GARY WHEELER (the "Defendant"),

was charged in a one-count Superseding Information, S1 23 Cr. 662 (CS) (the "Information"), with

conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 371 (Count

One);

   WHEREAS, the Superseding Information included a forfeiture allegation as to

Count One of the Superseding Information, seeking forfeiture to the United States, pursuant to

pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

Section 2461(c), of any and all property, real and personal, that constitutes or is derived from

proceeds traceable to the commission of the offense charged in Count One of the Superseding

Information, including but not limited to a sum of money in United States currency representing

the amount of proceeds traceable to the commission of the offense charged in Count One of the

Superseding Information;

   WHEREAS, on or about January 5, 2024, the Defendant pled guilty to Count One

of the Superseding Information, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Count One of the Information and

agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United Sates Code, Section 2461(c), a sum of money equal to

$348,118.63 in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $348,118.63 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Superseding Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Superseding Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Jared Hoffman and Derek Wikstrom of counsel, and the Defendant, and his counsel, Richard Portale, Esq., that:

1. As a result of the offense charged in Count One of the Superseding Information, to which the Defendant pled guilty, a money judgment in the amount of $348,118.63 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Superseding Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, GARY WHEELER, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:     _____          1/5/24
        JARED HOFFMAN                             DATE
        DEREK WIKSTROM
        Assistant United States Attorneys
        One St. Andrew's Plaza
        New York, NY 10007
        (914) 993-1928/(212) 637-1085


GARY WHEELER

By:     _____          1.5.24
        GARY WHEELER                              DATE


By:     _____          1.5.24
        RICHARD PORTALE, ESQ.                     DATE
        Attorney for Defendant
        245 Main Street Suite 605
        White Plains, NY 10601

SO ORDERED:

        _____          1/5/24
        HONORABLE CATHY SEIBEL                    DATE
        UNITED STATES DISTRICT JUDGE